UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------------------x Docket No.: 1:21-cv-01565
STEVEN FLORIO, PATRICK COSTELLO, WILLIAM
MILLIOS, TIMOTHY MALLACH, SCOTT PLUMMER
ROGER KRAFT, JOEL BARISH, BRANDON R. HILL,
JAMES BELDON, JR., and ERNEST WILLMAN,

                                Plaintiffs,                   ERRATA

       against

GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES
OF GALLAUDET UNIVERSITY, ROBERTA CORDANO,
and WP COMPANY LLC d/b/a THE WASHINGTON POST,

                                Defendant.
---------------------------------------------------------------------------x

         Plaintiffs, by their attorney, Ralph G. Reiser, Esq., in accordance with Local Civil Rule

5.1( c) set forth the names and addresses of all parties as follows:

### **PLAINTIFFS**

Steven Florio
11 Madison Avenue
Franklin, MA 02038

Patrick Costello
26 Grafton Rd.
Upton, MA 01568

William Millios
8 Derby Drive
Montpelier, Vermont 05602

Timothy Mallach
322-555 Shaw Avenue
Coquitlam, British Columbia V3K 5P3

Scott Plummer
26325 Harmon Rd.
Paola, Kansas 66071

Roger Kraft
9870 Sugarleaf Place
Fishers, IN  46038

Joel Barish
2135 Cornelia Trimble
Buda, TX 78610

Brandon R. Hill
5017 E Broken Arrow Ln
Eagle Mountain, Utah 84005

James Beldon Jr
742 Holden Road
Frederick, MD 21701

Ernest Willman
2209 Columbia Pl.
Hyattsville, MD 20785

## **DEFENDANTS**

Gallaudet University
800 Florida Avenue NE
Washington, DC 20002

The Board of Trustees of Gallaudet University
800 Florida Avenue NE
Washington, DC 20002

Roberta Cordano
Gallaudet University Campus
800 Florida Avenue NE
Washington, DC 20002

WP Company LLC d/b/a The Washington Post
1301 K Street NW
Washington, DC 20071

Dated: Syosset, New York
     June 8, 2020            /s/ *Ralph G. Reiser*
_____
                     Ralph G. Reiser, Esq.
                     Attorney for Plaintiffs

2

3 Walnut Drive
PO Box 171
Syosset, NY 11791
516-496-9745
516-496-9754 (Fax)
Reiserlaw@aol.com