AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▼

| | |
|---|---|
| STEVEN FLORIO, PATRICK COSTELLO, WILLIAM MILLIOS, TIMOTHY MALLACH, SCOTT PLUMMER, ROGER KRAFT, JOEL BARISH, BRANDON R HILL, JAMES BELDON,JR. AND ERNEST WILLMAN | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:21 CV 1565 |
| GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES OF GALLAUDET UNIVERSITY, ROBERTA CORDANO AND WP COMPANY LLC d/b/a THE WASHINGTON POST | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GALLAUDET UNIVERSITY
800 Florida Ave NE
Washington, D.C. 20002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RALPH G. REISER, ESQ.
3 WALNUT DR
P.O. BOX 171
SYOSSET NY 11791
516-496-9745
516-496-9754 Fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▼

| | |
|---|---|
| STEVEN FLORIO, PATRICK COSTELLO, WILLIAM MILLIOS, TIMOTHY MALLACH, SCOTT PLUMMER, ROGER KRAFT, JOEL BARISH, BRANDON R HILL, JAMES BELDON,JR. AND ERNEST WILLMAN | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES OF GALLAUDET UNIVERSITY, ROBERTA CORDANO AND WP COMPANY LLC d/b/a THE WASHINGTON POST | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:21 CV 1565

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE BOARD OF TRUSTEES OF GALLAUDET UNIVERSITY
800 Florida Ave NE
Washington, D.C. 20002

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RALPH G. REISER, ESQ.
3 WALNUT DR
P.O. BOX 171
SYOSSET NY 11791
516-496-9745
516-496-9754 Fax

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia    ▼

| | |
|---|---|
| STEVEN FLORIO, PATRICK COSTELLO, WILLIAM MILLIOS, TIMOTHY MALLACH, SCOTT PLUMMER, ROGER KRAFT, JOEL BARISH, BRANDON R HILL, JAMES BELDON,JR. AND ERNEST WILLMAN | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES OF GALLAUDET UNIVERSITY, ROBERTA CORDANO AND WP COMPANY LLC d/b/a THE WASHINGTON POST | ) ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No. 1:21 CV 1565

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ROBERTA CORDANO
800 Florida Ave NE
Washington, D.C. 20002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RALPH G. REISER, ESQ.
3 WALNUT DR
P.O. BOX 171
SYOSSET NY 11791
516-496-9745
516-496-9754 Fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▾

| | |
|---|---|
| STEVEN FLORIO, PATRICK COSTELLO, WILLIAM MILLIOS, TIMOTHY MALLACH, SCOTT PLUMMER, ROGER KRAFT, JOEL BARISH, BRANDON R HILL, JAMES BELDON,JR. AND ERNEST WILLMAN<br><br>*Plaintiff(s)*<br><br>v.<br><br>GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES OF GALLAUDET UNIVERSITY, ROBERTA CORDANO AND WP COMPANY LLC d/b/a THE WASHINGTON POST<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:21 CV 1565 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WP COMPANY LLC d/b/a THE WASHINGTON POST
1301 K STREET NW
Washington, D.C. 20071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RALPH G. REISER, ESQ.
3 WALNUT DR
P.O. BOX 171
SYOSSET NY 11791
516-496-9745
516-496-9754 Fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*