UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------------------------x Docket No.: 1:21-cv-01565
STEVEN FLORIO, PATRICK COSTELLO, WILLIAM
MILLIOS, TIMOTHY MALLACH, SCOTT PLUMMER
ROGER KRAFT, JOEL BARISH, BRANDON R. HILL,
JAMES BELDON, JR., and ERNEST WILLMAN,

                        Plaintiffs,         NOTICE OF
                                                    VOLUNTARY
      against                                   DISMISSAL
                                                        AS TO

GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES    PARTIES NAMED
OF GALLAUDET UNIVERSITY, ROBERTA CORDANO,     IN THIS NOTICE
and WP COMPANY LLC d/b/a THE WASHINGTON POST,   ONLY

                                 Defendant.
---------------------------------------------------------------------------------x

     PLEASE TAKE NOTICE that pursuant to FRCP Rule 41(a)(1)(A)(I), the following plaintiffs have elected to with draw the causes of action asserted on their behalf in the Complaint and do hereby consent to the Voluntary Dismissal of their claims:

     ROGER KRAFT, JOEL BARISH, BRANDON R. HILL, JAMES BELDON, JR., and ERNEST WILLMAN.

     This Voluntary Dismissal does not apply to the remaining named plaintiffs in this action.

     It is respectfully requested that the caption of this action be amended to read as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------------------------x Docket No.: 1:21-cv-01565
STEVEN FLORIO, PATRICK COSTELLO, WILLIAM
MILLIOS, TIMOTHY MALLACH, SCOTT PLUMMER,
                               Plaintiffs,
      against

GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES
OF GALLAUDET UNIVERSITY, ROBERTA CORDANO,
and WP COMPANY LLC d/b/a THE WASHINGTON POST,
                               Defendants.
---------------------------------------------------------------------------------x

Dated: Syosset, New York
      June 16, 2021 /s/ *Ralph G. Reiser*
Ralph G. Reiser, Esq.
Attorney for Plaintiffs
3 Walnut Drive
PO Box 171
Syosset, NY 11791
516-496-9745
516-496-9754 (Fax)
Reiserlaw@aol.com