UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------------------------------------x Docket No.: 1:21-cv-01565
STEVEN FLORIO, PATRICK COSTELLO, WILLIAM
MILLIOS, TIMOTHY MALLACH, SCOTT PLUMMER
ROGER KRAFT, JOEL BARISH, BRANDON R. HILL,
JAMES BELDON, JR., and ERNEST WILLMAN,

                              Plaintiffs,         NOTICE OF
                                          VOLUNTARY
       against                               DISMISSAL
                                                   AS TO
GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES    PARTY NAMED
OF GALLAUDET UNIVERSITY, ROBERTA CORDANO,     IN THIS NOTICE
and WP COMPANY LLC d/b/a THE WASHINGTON POST,   ONLY

                                Defendant.
----------------------------------------------------------------------------------x

    PLEASE TAKE NOTICE that pursuant to FRCP Rule 41(a)(1)(A)(I), plaintiff SCOTT PLUMMER has elected to withdraw the cause of action asserted on his behalf in the Complaint and does hereby consent to the Voluntary Dismissal of his claims:

    This Voluntary Dismissal does not apply to the remaining named plaintiffs in this action.

    It is respectfully requested that the caption of this action be amended to read as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------------------------------------x Docket No.: 1:21-cv-01565
STEVEN FLORIO, PATRICK COSTELLO, WILLIAM
MILLIOS, and TIMOTHY MALLACH,
                              Plaintiffs,
       against

GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES
OF GALLAUDET UNIVERSITY, ROBERTA CORDANO,
and WP COMPANY LLC d/b/a THE WASHINGTON POST,
                              Defendants.
----------------------------------------------------------------------------------x

Dated: Syosset, New York
       June 16, 2021                              /s/ *Ralph G. Reiser*
                                                         Ralph G. Reiser, Esq.
                                                         Attorney for Plaintiffs

3 Walnut Drive
PO Box 171
Syosset, NY 11791
516-496-9745
516-496-9754 (Fax)
Reiserlaw@aol.com