# Exhibit 2

Hello, Gallaudet alumni:

Here on campus, we are preparing for remote learning this fall -- a first! Very different times than your days at Gallaudet -- but we are making great strides to provide an exceptional Gallaudet experience nonetheless.

I am making this vlog today after listening to many of our members of GUAA and our alumni over the past several weeks. People have kindly reminded me that it is challenging to stay abreast of daily events and situations that emerge at Gallaudet University. For that reason, I am taking this opportunity to update you, our alumni, on a few major topics. I thank the GUAA for continuing to remind me of the issues that are important to you and how we need to provide more frequent updates/share information with the alumni. This vlog, I hope will be part of our continuing conversation as a community as we strive to take the "right actions," so that we can keep working together to move forward to being a stronger anti-racist institution and community.

**As I begin, I reaffirm Gallaudet's commitment to Anti-Racism work and Black Lives Matter.**

We recognize that our community is complex, a tapestry of different experiences. For some, racism has been endemic throughout their experience within the deaf community, and for others, this is the first time they have been faced with really looking at themselves and understanding their relationship to racism. The Gallaudet community is diverse. We all experience the world and our time at Gallaudet in different ways.

As imperfect as our journey has been as a University, the roots of our founding was to shatter the belief in our nation that deaf people could not have access to higher education that is taught bilingually. Some of our mightiest struggles over the years have been in pursuit of social justice. We all want a Gallaudet experience within which people thrive, most notably those who are deaf, hard of hearing, and deafblind with intersectional identities, particularly based on race and ethnicity. This is our common ground; and it is a journey we are all on together.

Common/frequent questions and concerns I have heard from alumni are:

### What is the university's response to SBG and BSU petitions?

In early June, our students from the Student Body Government and Black Student Union submitted a petition to Gallaudet with 5 demands to address systemic racism. The Executive

Team and I crafted a plan to respond to the concerns raised by the students. We discussed it with them before we released it on our website. We are starting with a 14-point plan for our anti-racism work that includes the biggest issues many of you have raised, including:

- the conduct of officers toward Black students and students of color,
- challenges people of color experience with our human resource system,
- and challenges students face in the classroom and other parts of their university experience.

You can find the link to that plan at https://gallyshare.com/addressing-the-black-student-union-and-student-body-government-petition/.

### What happened with the Suspension of Kappa Gamma?

In 2015, Gallaudet issued a policy that prohibited the use of robes in public in response to concerns about the racist impact of the robes brought up by SBG and BSU. In early June 2020, new evidence emerged about the Kappa Gamma student chapter's intention to bring back the use of robes in their meetings and ceremonies and this information became public, triggering many members of the Gallaudet community. This prompted an immediate investigation that concluded the Kappa Gamma chapter violated the 2015 policy and resulted in the immediate suspension of the chapter while their case is progressing through the Office of Student Conduct. They were <u>not</u> suspended because of old photos.

The announcement related to Kappa Gamma's suspension created an impression for many that Gallaudet was not focused on larger, more significant issues related to systemic racism, and seemed to put more responsibility on a student-run organization than on the Gallaudet administration and our work. I reiterate that Gallaudet recognizes there are larger, systemic issues related to inequities that have a greater impact on the well-being of Black people and people of color. To be clear, the Board of Trustees, the Executive Team and I are committed to addressing systemic racism at every level.

### Concerns about the impact of the phrase "the face of racism" in the announcement

Many alumni have expressed concern about the impact of this sentence in the announcement: "They [Kappa Gamma] have become the face of systemic racism in our community, with the

photographs of the salute and the use of robes being shared in social media." I want to further elaborate on what I intended to convey.

There are many faces of racism -- racism shows up in our daily lives, often it is and feels invisible to those with privilege, most often white and hearing people; but people of color, and people of color who are deaf, hard of hearing or deafblind, they see it, they experience it. My intention with this quoted section was to show how actions of people (in this case the robes and the salute) are often a "mirror" to the systemic racism that exists. While Kappa Gamma used robes and a salute that is racist, it was not my intention to blame any one person or group for the systemic racism at Gallaudet as Kappa Gamma alone is not responsible for systemic racism. The publicly disclosed plans to reintroduce the use of robes shone a spotlight on Kappa Gamma and they had become a face of the systemic racism that exists throughout the fabric of our racist society.

I will make it clear, Kappa Gamma is not the sole culprit nor the face of systemic racism alone at Gallaudet but became a face due to the re-emergence of the use of their robes at the same time as our national Black Lives Matter response to the brutal death of George Floyd and pictures of the racist rituals being circulated in social media. It is up to Kappa Gamma to become anti-racist and join our broader community and Gallaudet in dismantling systemic racism. We all can emerge from this experience with a commitment towards anti-racism and restorative justice.

---

The Guiding Principles of Black Lives Matter (BLM) emphasize the value of not dehumanizing people and using restorative justice as a path forward to learning and healing. This is important. Let us model ourselves after the values of Black Lives Matter in our community. Let us not dehumanize people in social media and in other settings. Let us focus on growth, learning, and healing together. We must work to strengthen our community and our unity by committing to being anti-racist. This is Black Lives Matter's commitment. This is Gallaudet's commitment. Let's all join in doing it together.

I support the work of anti-racism and I support you, our alumni community. I am so very proud of the work so many of you are doing. You are the beacon of Gallaudet's legacy of alumni who are active citizens in your communities, contributing to the greater good in countless ways. Both can be true --- a commitment to anti-racism and a commitment to you, the alumni. Working together, we can improve the Gallaudet experience for today's students and especially for our black deaf community members.

Thank you all for continuing to care about Gallaudet, our students, and our deaf community, and particularly Black, Indigenous, and People of Color. Thank you to GUAA for its steadfast commitment to share the concerns of the alumni with me and to be an ally and partner to

Gallaudet. I especially am grateful for our courageous student leaders who continue to challenge us to make Gallaudet a better place for our community.

Sincerely,

***Roberta J. Cordano***
President