UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN FLORIO, PATRICK COSTELLO, WILLIAM MILLIOS, and TIMOTHY MALLACH,<br><br>    Plaintiffs,<br><br>            v.<br><br>GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES OF GALLAUDET UNIVERSITY, ROBERTA CORDANO, AND WP COMPANY LLC, d/b/a THE WASHINGTON POST,<br><br>    Defendants. | No. 1:21-cv-01565-CRC |

## PROPOSED ORDER

Upon consideration of Defendants Gallaudet University, the Board of Trustees of Gallaudet University, and Roberta Cordano's Motion to Dismiss and Memorandum of Law; Plaintiff's opposition thereto; and Defendants' reply in support thereof; and any argument, it is hereby

**ORDERED** that the Motion to Dismiss is **GRANTED.**

Date: _____ ___, 2021                  _____
                                                             JUDGE CHRISTOPHER R. COOPER
                                                             U.S. DISTRICT JUDGE