UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN FLORIO, PATRICK COSTELLO, WILLIAM MILLIOS, and TIMOTHY MALLACH,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES OF GALLAUDET UNIVERSITY, ROBERTA CORDANO, AND WP COMPANY LLC, d/b/a THE WASHINGTON POST,<br><br>　　　　Defendants. | No. 1:21-cv-01565-CRC |

**DEFENDANT THE WASHINGTON POST'S**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

　　WP Company LLC, doing business as The Washington Post, by and through its undersigned counsel, moves the Court for an order dismissing the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Arguments in support of the motion are set forth in the attached Memorandum of Points and Authorities.

　　Pursuant to Local Rule 7(f), the Post requests oral argument on the motion to dismiss.

Date: October 25, 2021

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Thomas G. Hentoff
　　　　　　　　　　　　　　　　　　　　　Thomas G. Hentoff (D.C. Bar No. 438394)
　　　　　　　　　　　　　　　　　　　　　Nicholas G. Gamse (D.C. Bar No. 1018297)
　　　　　　　　　　　　　　　　　　　　　Anna Johns Hrom (D.C. Bar No. 1657785)
　　　　　　　　　　　　　　　　　　　　　Williams & Connolly LLP
　　　　　　　　　　　　　　　　　　　　　725 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005

Telephone: (202) 434-5000
thentoff@wc.com
ngamse@wc.com
ahrom@wc.com

*Counsel for The Washington Post*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I electronically filed the foregoing Motion to Dismiss and related papers with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ Thomas G. Hentoff
*Counsel for The Washington Post*