# EXHIBIT C



Menu

HOME    ARTICLES ˅    ABOUT THE BUFF & BLUE    YOUR BUFF & BLUE STAFF!

ARCHIVES ˅

Menu

# The Robes of Gallaudet

Posted on December 19, 2015 by Nathaniel Amann

In the fall of 2014, the Kappa Gamma Fraternity marched with their traditional blue hooded robes to kick off the year. Right after that march, the Student Body Government, on the Black Student Union's behalf, handed down a ten-page letter outlining complaints made against the design on the robes of the fraternity. The robes were made in royal blue with gold trim, and it had various designs embroidered on. The complaints especially focused on the fact that the robes had pointed hoods, which were reflective of the Ku Klux Klan, and some insignia on it, such as a red diamond with crossed bones inside, which they connected with Nazism. Immediately after the publication of this letter, Dean of Students, Mr. A. Dwight Benedict banned all forms of Greek apparel and public artifacts on campus pending further notice. The ban applied to all organizations, not just the Kappa Gamma Fraternity because the administration wanted to review and ensure that all organizations had appropriate apparel and artifacts that would make the campus a safe space for all students. The complaint, originally directed at the Kappa Gamma Fraternity, now affected all Greek organizations.

With the ban, the Alpha Sigma Pi Fraternity lost their blazer and snake scepter, the Delta Epsilon Sorority lost their roses and rope, the Kappa Gamma Fraternity lost their robes and

scimitars, and the Phi Kappa Zeta Sorority lost their robes and wooden box. No longer could these organizations march outside while wearing or using any of these things. This came as a shock to all Greek organizations, and over the summer, they fought for their right to express themselves. Some were successful, such as how the Alpha Sigma Pi fraternity getting their blazers back. This happened after the administration deemed their apparel fit for use.

Some students in the Gallaudet community have expressed sadness at the fact that something unique was taken away from the Greek World. It has been mentioned around on campus that people are concerned that the administration took something away that made Gallaudet unique and that the administration should work with the Greek world to make sure that all parties are satisfied with the conclusion. While some people lament the passing of apparel, others applaud the Administration's decision, calling it the right thing to do today, seeing as robes and similar apparel can be seen as very triggering and offensive to specific communities on campus. The administration has used the same argument to explain why they banned Greek apparel on campus for the time being. They feel like Gallaudet is rapidly moving into a new era of tolerance and inclusiveness, and that some of the older Greek apparel and artifacts are in conflict with that concept.

This is still a highly debated issue on the Gallaudet campus and it will continue to be until either memory fades of this situation or all involved parties, including the organization that originally made the original complaint, the Black Student Union, reach a satisfying conclusion. An unnamed Greek student said, "I believe that apparel can be allowed if the GPC (Greek Presidents Council) unanimously approves it and gets SBG to approve it too. I think the students can resolve this issue on our own." This opinion is echoed by some others, but there is a sizable group who applaud the Gallaudet Administration for finally being proactive and doing something. Many believe that this campus must be safe and inclusive for all, and that robes like Kappa Gamma's are a product of a bygone era and something that should not be seen in the modern era.

Regardless of views, as of right now, all organizations have been required to get the Administration's approval before they are allowed to wear their apparel outside of their chapter rooms, and some organizations have successfully gotten that approval, such as how the Alpha Sigma Pi Fraternity got their blazers back and marched with them at the beginning of the 2015 fall semester. Though some other Greek apparel and traditions have been approved, one rule remains steadfast: no robes. That fact was made clear in the Dean's memorandum to the Greek Presidents Council in where it read: "The use of robes and other similar regalia during marches and public events on and off campus is permanently banned."

Ever since that memorandum was sent out, the Administration has not budged a single inch on that rule, so it does not seem to be changing any time soon, just as how this issue will not go away any time soon.

Please follow and like us:

Follow   Tweet

news

## Leave a Reply

Your email address will not be published. Required fields are marked *

**COMMENT**

**NAME** *

**EMAIL** *

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

QUOTE OF THE DAY

---

QUOTE OF THE DAY

We saw the lightning and that was the guns and then we heard the thunder and that was the big guns; and then we heard the rain falling and that was the blood falling; and when we came to get in the crops, it was dead men that we reaped.

*Harriet Tubman*

---

© 2021 The Buff and Blue | WordPress Theme by Superb WordPress Themes