EXHIBIT D

Dear Friends and Community Members,

As the non-profit organization dedicated to Jewish life on campus, we are deeply disturbed by the actions of Kappa Gamma fraternity members involving making a salute and wearing hooded robes, as well as the photographs of these actions. The salute and robes have become well-known symbols of neo-Nazi, antisemetic, and white supremacist organizations.

We strongly condemn this behavior and believe it has no place at Gallaudet University.  The use of the salute and the robes insults the memory of millions of Jewish, LGBT, and disabled individuals, and others who were murdered during the Holocaust, as well as the memory of countless Black men and women who have lost their lives to white supremacy.

We ask Kappa Gamma brothers, both past and current, to continue to face their history, make amends, and take action toward a better future. As a first step, we urge the organization to ban the use of the salute and robes immediately. We are open to discussion about restorative justice. We encourage the broader community to continue to listen, learn and do the work to end deadly discrimination.

In our *We Sign Dayenu (ENOUGH)! Statement* of June 5, we committed to taking action against racism, starting within our own community.  As Dr. Martin Luther King, Jr. wrote, "Injustice anywhere is a threat to justice everywhere." He also told us that "injustice must be rooted out by strong, persistent and determined action." The leader of the Anti-Defamation League echoed this statement when he said, "Systemic injustice and inequality calls for systemic change." Now is the time to deconstruct, rebuild as a community, and continue the anti-racist work.

Sincerely,

**Director**

Jacob Salem

**Hillel at Gallaudet Board Members**

Rhea Morgenstern, Allison Friedman, Myles Goldberg, Allon Yomtov, Lilah Katcher, Yelena Thomas