# EXHIBIT F

# The Washington Post
# METRO

SATURDAY, JUNE 13, 2020 • WASHINGTONPOST.COM/REGIONAL                                EZ   SU                                B

    

| 8 a.m. | Noon | 4 p.m. | 8 p.m. | High today at approx. 4 p.m. |
|---|---|---|---|---|
| 67° | 74° | 79° | 73° | 79° Precip: 5% Wind: NE 7-14 mph |

**RELIGION**
Basilica of the National Shrine rector cleared after inquiries into financial, personal impropriety. **B2**


**MARYLAND**
Overdose deaths in Maryland climb amid the pandemic, prompting a new approach. **B3**


**OBITUARIES**
Read about the lives of people from the region at washingtonpost.com/ obituaries.



JAHI CHIKWENDIU/THE WASHINGTON POST

## Taking the next steps

Northern Virginia moves into Phase 2 of reopening as coronavirus cases continue to drop

BY EMILY DAVIES AND PAUL DUGGAN

On Friday, as social isolation eased in Northern Virginia and life took another small step toward normalcy, Mehmet Coskun stood in his cafe, East West Coffee and Wine, and counted maybe 15 patrons seated inside.

"Look at the crowd!" he declared, smiling.

East West, near the Clarendon Metro station in Arlington, has enough space indoors for about 60 customers, Coskun said. It was noon on the first day of Phase 2 in Northern Virginia's recovery from the pandemic shutdown, with restaurants allowed to open for indoor service at up to 50 percent capacity.

Although there was room for more people in East West, Coskun, 35, sounded thrilled.

"We literally have an 80 percent increase in sales right now," he said. "Eighty percent! Just from people coming in."

Since the May 29 start of Phase 1, East West has been open for outdoor seating,

SEE REOPENING ON B4

### Known cases in region

There have been 123,478 reported coronavirus cases in the District, Maryland and Virginia, including 1,045 new ones through 5 p.m. Friday.

| D.C. | MD. | VA. |
|---|---|---|
| 9,654 | 60,613 | 53,211 |
| +65 | +416 | +564 |

**Coronavirus-related deaths**
As of 5 p.m. Friday:

| D.C. | MD.* | VA. |
|---|---|---|
| 506 | 2,900 | 1,534 |
| +4 | +25 | +14 |

* Includes probable covid-19 deaths

Customers take advantage of the outdoor dining in Arlington, which now allows indoor service at up to 50 percent capacity.

BY DAN ROSENZWEIG-ZIFF

For Justin Case, owner of Underground Athlete in Fairfax City, Friday was a test run. He headed up workout classes of no more than six and planned to do a deep clean over the weekend before reopening again Monday.

Like many gym operators grappling with how to operate safely during the coronavirus pandemic, Case bought an air filtration system to ease his members' fears of virus droplets floating in the air. He also is requiring trainers to wear masks, and he installed social distancing reminders on the floor.

"I'm excited. It's going to bring some normalcy back to their life," Case said of his members. "I think it will be good for their mental health as well as their physical."

While Maryland and D.C. fitness centers remain closed except for outdoor classes, gyms in Northern Virginia on Friday joined the rest of the state in reopening, as long as they adhere to local and federal guidelines. That means operating at no more than 30 percent capacity, screening gym-goers for

SEE GYM ON B6

# Schools rethink police on campus

**SECURITY TO SOME, THREAT TO OTHERS**

As protests rage, systems weigh removing officers

BY DONNA ST. GEORGE AND PERRY STEIN

With a wave of protests turning the nation's focus to racism and police violence, the largest school system in Maryland is rethinking whether uniformed officers should be based inside its public schools.

Officials in Montgomery County, in the suburbs of Washington, decided this week to do a detailed analysis of arrest data and the use of school-assigned police, called school resource officers (SROs), in the 166,000-student system.

Under a measure passed unanimously Thursday, the school board will decide in January whether to modify or scrap the program, following an interim report due in the fall and a recommendation from Superintendent Jack R. Smith.

The school system, which has 208 schools, employs a security staff of 224, while the county and municipalities provide SROs for its 25 high schools.

"We'll pursue this vigorously and come back with lots of information," Smith told the board.

Across the Washington region, the role of police has been reconsidered and debated, as the country has convulsed with anger and pain over the killing of George Floyd, a black man, in police custody as he lay handcuffed on the ground in Minneapolis.

A police presence in schools has often been a flash point. Some see law enforcement officers as an important layer of safety on campus, while others say students' missteps are too often criminalized by police — and that students of color are over-arrested.

In Maryland's Prince George's County — with the largest black-majority school system in the country — the issue was debated for much of the week. Petitions circulated online. Opinions flared on social media.

Two school board members drew up proposals that would have ended the use of SROs. On Monday, a three-member majority on a Prince George's school board committee voted to cancel its contracts for SROs and designate up to $5 million for addition-

SEE SCHOOL POLICE ON B4

---

# Md. teens' grocery delivery service goes national

BY TEDDY AMENABAR

Two Montgomery County teenagers who started helping their grandparents during the novel coronavirus outbreak have turned their goodwill into a nationwide volunteer delivery service with 14 chapters across the country.

The friends from Montgomery Blair High School, Dhruv Pai, 16, and Matt Casertano, 15, were both buying groceries for their grandparents in early March, as coronavirus cases started to appear in the Washington region. That's when Dhruv realized the greater need — and a possible solution. There are plenty of older Americans who don't have younger relatives nearby to help during the pandemic.

Dhruv and Matt created Teens Helping Seniors, which connects older adults with volunteers who will deliver groceries or other supplies to their doorstep. They developed the idea in March just before schools closed because of

SEE GROCERIES ON B2



MICHAEL S. WILLIAMSON/THE WASHINGTON POST
Matt Casertano, left, and Dhruv Pai load groceries into a car in Potomac on May 29. The two started buying groceries for their grandparents in early March as coronavirus cases began to appear nearby.

# Gallaudet suspends its oldest fraternity

Photos involving Nazi salute, KKK-style garb seal Kappa Gamma's fate

BY LAUREN LUMPKIN

Gallaudet University's oldest fraternity has been suspended from campus after members were identified wearing prohibited ceremonial robes that resemble Ku Klux Klan garb, officials said.

Kappa Gamma Fraternity drew campuswide criticism in 2014 after members wore their "traditional blue-hooded robes" with pointed hoods, campus newspaper the Buff and Blue reported. But recent photos posted on social media showed the group in the outfits again, said Roberta J. Cordano, president of the Northeast Washington school for the deaf and hard of hearing, leading to their suspension.

An older photo also spread on social media recently, causing trouble for the group. That photo, from 1988, shows former members, including a current member of the school's board of trustees, performing an apparent Nazi salute. The older photo resurfaced around the same time members were caught wearing the robes. School officials denounced the salute but said it was not a factor in the suspension.

Karen Durkin, a spokeswoman for the campus, did not say whether lawyer and university board member Greg Hlibok had been disciplined for appearing in the older photo. When asked about the photo, Hlibok referred to a public statement from Kappa Gamma International, the fraternity's alumni organization.

"It was wrong for us to force this salute on our pledges, no matter what is their background. Most of

SEE FRATERNITY ON B6

# THE WEATHER

washingtonpost.com/weather • twitter: @capitalweather • facebook.com/capitalweather

## Nice Saturday ahead



Skies will be mostly sunny early, turning cloudier late, with low humidity. Highs will mainly be in the mid- to upper 70s, with winds from the north around 10 mph. There's an outside chance of a shower or storm late, especially to the west. Overnight, lows range from about 53 to 59. Clouds will probably increase over time, and more showers may develop late at night.

**Today** — Partly sunny — 79°/60° — FEELS*: 83° — CHNCE PRECIP: 5% — WIND: NE 7–14 mph — HUMIDITY: Low

**Sunday** — Some sun, t-storm — 75°/60° — FEELS: 75° — P: 30% — W: E 7–14 mph — H: Moderate

**Monday** — Partly cloudy — 77°/61° — FEELS: 75° — P: 20% — W: E 8–16 mph — H: Moderate

**Tuesday** — Partly cloudy — 76°/61° — FEELS: 74° — P: 20% — W: ENE 8–16 mph — H: Moderate

**Wednesday** — Chance of rain — 77°/67° — FEELS: 76° — P: 30% — W: ENE 7–14 mph — H: Moderate

**Thursday** — Some sun, t-storm? — 83°/69° — FEELS: 84° — P: 30% — W: E 6–12 mph — H: High

### OFFICIAL RECORD



Temperatures (AVERAGE, RECORD, ACTUAL, FORECAST)

|  | Reagan | Dulles | BWI through 5 p.m. yesterday |
|---|---|---|---|
| High | 88° 3:26 p.m. | 86° 5:00 p.m. | 87° 3:50 p.m. |
| Low | 68° 5:10 a.m. | 59° 6:00 a.m. | 65° 5:08 a.m. |
| Normal | 83°/66° | 83°/60° | 82°/61° |
| Record high | 95° 2017 | 96° 1986 | 96° 1986 |
| Record low | 50° 1907 | 44° 1972 | 46° 1972 |

Difference from 30-yr. avg. (Reagan): this month: +4.1° yr. to date: +2.9°

**Precipitation** (PREVIOUS YEAR, NORMAL, LATEST)

|  | Reagan | Dulles | BWI |
|---|---|---|---|
| Past 24 hours | 0.00" | 0.00" | 0.00" |
| Total this month | 2.16" | 3.37" | 3.76" |
| Normal | 1.51" | 1.65" | 1.46" |
| Total this year | 19.26" | 19.89" | 20.18" |
| Normal | 17.56" | 18.56" | 18.59" |

### Moon Phases
June 13 Last Quarter · June 21 New · June 28 First Quarter · July 5 Full

### Solar system

|  | Rise | Set |
|---|---|---|
| Sun | 5:42 a.m. | 8:34 p.m. |
| Moon | 1:46 a.m. | 1:22 p.m. |
| Venus | 4:53 a.m. | 7:16 p.m. |
| Mars | 1:27 a.m. | 12:53 p.m. |
| Jupiter | 10:41 p.m. | 8:22 a.m. |
| Saturn | 10:59 p.m. | 8:48 a.m. |

Sources: AccuWeather.com; US Army Centralized Allergen Extract Lab (pollen data); airnow.gov (air quality data); National Weather Service

* AccuWeather's RealFeel Temperature combines one a dozen factors for an accurate measure of how the conditions really "feel."

## REGION



Harrisburg 75/53 · Philadelphia 76/57 · Hagerstown 75/54 · Baltimore 78/57 · Dover 76/56 · Davis 66/50 · Washington 79/60 · Annapolis 77/61 · Cape May 73/59 OCEAN: 68° · Charlottesville 79/59 · Ocean City 72/60 OCEAN: 65° · Lexington 80/57 · Richmond 81/60 · Virginia Beach 75/63 OCEAN: 71° · Norfolk 76/64 · Kitty Hawk 72/65 OCEAN: 66°

**Pollen: High** — Grass High, Trees Moderate, Weeds Low, Mold High
**Air Quality: Good** — Dominant cause: Ozone
**UV: Extreme** — 11 out of 11+

**Blue Ridge:** Today, partly sunny, p.m. t-storm. High 63–67. Wind east 4–8 mph. Tonight, mostly cloudy, shower. Low 49–52. Wind east 4–8 mph. Sunday, mostly cloudy, showers, a t-storm. High 58–62. Wind east 7–14 mph. Monday, showers, a t-storm. High 56–60.

**Atlantic beaches:** Today, partly sunny. High 72–77. Wind northeast 8–16 mph. Tonight, partly cloudy. Low 57–64. Wind east 6–12 mph. Sunday: mostly cloudy, t-storm in spots. High 70–75. Wind east 8–16 mph. Monday, mostly cloudy, windy. High 68–72.

**Waterways:** *Upper Potomac River*: Today: mostly sunny. Wind northeast 6–12 knots. Waves around a foot. Visibility clear to the horizon. • *Lower Potomac and Chesapeake Bay*: Today, partly sunny. Wind north 8–16 knots. Waves 1 foot on the lower Potomac and 1–2 feet on the Chesapeake. • *River Stages*: The stage at Little Falls today will be around 3.8 feet, falling to around 3.7 feet Sunday. Flood stage at Little Falls is 10 feet.

### Today's tides (High tides in Bold)

| | | | | |
|---|---|---|---|---|
| Washington | 2:49 a.m. | 9:34 a.m. | **3:07 p.m.** | 9:54 p.m. |
| Annapolis | **12:01 a.m.** | 5:56 a.m. | **11:56 a.m.** | 6:25 p.m. |
| Ocean City | 1:56 a.m. | 8:27 a.m. | **2:32 p.m.** | 8:43 p.m. |
| Norfolk | **4:06 a.m.** | 10:16 a.m. | **4:35 p.m.** | 10:51 p.m. |
| Point Lookout | 2:05 a.m. | **7:59 a.m.** | 2:38 p.m. | **8:55 p.m.** |

## NATION

Weather map features for noon today.

[National weather map with cities and temperatures]

Fairbanks 77/54 · Vancouver 62/50 · Anchorage 66/51 · Juneau 59/50 · Seattle 60/49 · Calgary 69/47 · Saskatoon 84/63 · Winnipeg 73/56 · Billings 92/57 · Salt Lake City 81/55 · Minneapolis 70/54 · Toronto 65/47 · Halifax 63/53 · San Francisco 70/56 · Denver 87/60 · Chicago 69/54 · Detroit 69/49 · Boston 58/54 · New York 76/55 · Los Angeles 77/59 · Albuquerque 89/62 · St. Louis 88/64 · Atlanta 86/67 · Charlotte 84/64 · Honolulu 86/74 · Hilo 84/69 · Chihuahua 91/61 · Dallas 94/70 · New Orleans 91/77 · Houston 93/68 · Miami 87/76 · La Paz 99/74 · Monterrey 87/63

**Yesterday's National** — High: Gila Bend, AZ 109° — Low: Gothic, CO 28° *for the 48 contiguous states*

**World** — High: Basrah, Iraq 118° — Low: Summit Station, Greenland 2° *excludes Antarctica*

Legend: T-storms, Rain, Showers, Snow, Flurries, Ice, Cold Front, Warm Front, Stationary Front
<−10 −0s 0s 10s 20s 30s 40s 50s 60s 70s 80s 90s 100s 110+

| NATIONAL | Today | Tomorrow | | Today | Tomorrow | | Today | Tomorrow | WORLD | Today | Tomorrow | | Today | Tomorrow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albany, NY | 66/46/pc | 72/50/pc | Des Moines | 81/58/pc | 80/63/pc | Oklahoma City | 92/65/s | 92/65/s | Addis Ababa | 73/56/sh | 71/55/pc | Hong Kong | 90/82/t | 87/81/c | Rio de Janeiro | 85/73/pc | 76/70/c |
| Albuquerque | 89/62/s | 88/62/c | Detroit | 69/49/s | 72/53/s | Omaha | 91/68/pc | 91/73/pc | Amsterdam | 75/60/t | 71/57/c | Islamabad | 94/74/pc | 101/78/pc | Riyadh | 110/78/pc | 109/77/pc |
| Anchorage | 66/51/s | 63/50/pc | El Paso | 96/73/s | 96/72/pc | Orlando | 89/71/t | 87/71/t | Athens | 83/66/s | 88/68/s | Istanbul | 76/67/t | 74/67/pc | Rome | 75/61/t | 73/59/s |
| Atlanta | 86/67/pc | 83/64/pc | Fairbanks, AK | 77/54/c | 72/54/pc | Philadelphia | 76/57/s | 75/57/pc | Auckland | 60/53/c | 59/50/pc | Jerusalem | 86/63/s | 80/60/s | San Salvador | 84/69/t | 84/70/t |
| Austin | 93/61/s | 94/67/s | Fargo, ND | 77/61/pc | 82/68/pc | Phoenix | 100/76/s | 106/78/s | Baghdad | 102/72/pc | 106/78/pc | Johannesburg | 55/32/s | 56/33/pc | Santiago | 64/37/c | 69/34/s |
| Baltimore | 78/57/pc | 74/58/c | Hartford, CT | 73/49/s | 73/52/pc | Pittsburgh | 70/50/pc | 71/55/pc | Bangkok | 90/81/t | 95/79/t | Kabul | 86/59/pc | 91/60/pc | Sarajevo | 78/53/s | 75/52/t |
| Billings, MT | 92/57/pc | 74/44/pc | Honolulu | 86/74/s | 86/74/pc | Portland, ME | 67/50/s | 67/50/pc | Beijing | 92/68/pc | 95/68/s | Kingston, Jam. | 86/80/t | 87/80/c | Seoul | 89/70/pc | 83/63/pc |
| Birmingham | 88/66/s | 88/65/s | Houston | 93/68/s | 94/71/s | Portland, OR | 60/50/pc | 68/54/pc | Bangkok | 90/81/t | 95/79/t | Kolkata | 91/81/t | 91/81/t | Shanghai | 96/82/pc | 86/76/c |
| Bismarck, ND | 88/68/pc | 85/62/pc | Indianapolis | 77/53/s | 75/53/s | Providence, RI | 74/52/s | 72/52/pc | Bogota | 67/49/t | 64/49/t | Lagos | 84/75/t | 87/76/t | Singapore | 86/80/t | 89/80/t |
| Boise | 61/47/t | 65/49/pc | Jackson, MS | 90/67/s | 91/67/s | Raleigh, NC | 83/62/pc | 80/62/t | Berlin | 86/64/t | 79/57/pc | Lima | 67/62/pc | 67/61/pc | Stockholm | 71/49/s | 74/46/s |
| Boston | 68/54/s | 66/54/pc | Jacksonville, FL | 85/68/t | 84/67/t | Reno, NV | 69/44/pc | 79/53/s | Buenos Aires | 76/59/t | 74/57/c | Lisbon | 70/56/pc | 72/57/pc | Sydney | 68/57/pc | 70/47/r |
| Buffalo | 63/44/pc | 69/49/pc | Las Vegas | 92/69/s | 95/73/s | Sacramento | 78/53/pc | 88/58/s | Cairo | 97/70/pc | 91/68/s | London | 74/57/c | 74/54/pc | Taipei City | 96/79/pc | 93/78/t |
| Burlington, VT | 58/45/pc | 70/48/pc | Little Rock | 90/68/s | 90/66/s | St. Louis | 88/64/s | 83/62/s | Caracas | 74/67/t | 74/67/t | Madrid | 76/51/pc | 80/54/pc | Tehran | 98/75/pc | 99/75/pc |
| Charleston, SC | 82/68/t | 80/67/t | Louisville | 86/60/pc | 78/58/pc | Salt Lake City | 81/55/pc | 78/54/s | Copenhagen | 72/57/t | 71/53/s | Manila | 86/79/t | 89/80/t | Tokyo | 76/69/r | 79/75/sh |
| Charleston, WV | 79/56/pc | 73/56/t | Memphis | 89/68/s | 90/67/pc | San Diego | 72/60/pc | 74/62/pc | Dakar | 85/77/pc | 85/77/pc | Mexico City | 74/49/s | 77/50/s | Toronto | 65/47/pc | 68/50/s |
| Charlotte | 84/64/pc | 81/63/pc | Miami | 87/76/t | 85/75/t | San Francisco | 70/56/s | 72/55/s | Dublin | 64/53/sh | 64/50/sh | Montreal | 62/49/c | 71/51/pc | Vienna | 86/63/t | 77/62/t |
| Cheyenne, WY | 83/55/s | 84/53/pc | Milwaukee | 62/52/s | 67/54/s | San Juan, PR | 91/78/pc | 91/78/pc | Edinburgh | 58/50/sh | 62/53/sh | Moscow | 60/51/c | 64/54/pc | Warsaw | 83/57/t | 72/55/pc |
| Chicago | 69/54/s | 72/54/s | Minneapolis | 70/54/s | 77/61/s | Seattle | 60/49/r | 64/52/pc | Frankfurt | 82/63/pc | 75/61/c | Mumbai | 89/81/t | 89/81/r | | | |
| Cincinnati | 78/54/pc | 75/55/pc | Nashville | 90/63/s | 84/60/pc | Spokane, WA | 57/45/t | 61/47/pc | Geneva | 69/55/r | 68/55/t | Nairobi | 73/58/pc | 71/57/r | | | |
| Cleveland | 65/50/c | 69/56/pc | New Orleans | 91/77/s | 90/76/s | Syracuse | 62/44/pc | 71/49/pc | Ham., Bermuda | 76/70/pc | 76/69/pc | New Delhi | 107/80/pc | 104/86/pc | | | |
| Dallas | 94/70/s | 94/70/s | New York City | 76/55/s | 73/58/pc | Tampa | 91/73/t | 90/73/t | Helsinki | 71/49/pc | 71/51/s | Oslo | 77/54/pc | 76/55/s | | | |
| Denver | 87/60/pc | 91/58/pc | Norfolk | 76/64/c | 75/66/t | Wichita | 96/69/s | 96/70/s | Ho Chi Minh City | 91/77/t | 88/77/t | Paris | 75/55/sh | 74/57/c | | | |
| | | | | | | | | | | | | Prague | 81/62/t | 75/59/t | | | |

---

# Area gyms reopening with safety precautions

**GYM** FROM **B1**

covid-19 symptoms and making sure workout equipment is 10 feet apart. Gyms in Maryland will be able to follow suit beginning June 19, with indoor workouts at 50 percent capacity.

Like Underground, many gyms will look different when they re-open.

US Fitness, which has 31 gyms in the region, is closing every other workout machine and placing sanitation stations across their gyms. Gold's Gym in Capitol Heights is installing sneeze guards at the front desk in advance of reopening, and it rented a mini storage unit for weights and equipment so more members can work out outside.

All are placing social distancing reminders on walls and floors and most require staff to wipe down dumbbells and machines immediately after patrons finish using them.

Gyms pose a unique challenge in reopening safely because of the large number of high-touch surfaces and heavy breathing associated with working out, according to Saskia Popescu, an infection prevention epidemiologist.

"As things reopen, it doesn't mean there's no covid," Popescu said. "So much of the risk for gyms is really dependent on what's going on in the community. That kind of environment definitely has the potential to increase risk of transmission."

The virus could spread if shared equipment isn't washed properly, Popescu said, or if someone is working out near an infected person in a confined space.



DAYNA SMITH FOR THE WASHINGTON POST
A table is loaded with sanitizing products at Underground Athlete, a gym in Fairfax City that reopened Friday with new rules.

Yet many gym-goers are eager to return. Charles Bellenger, an Underground member, misses the familiar clank of the weights and pushing the weighted sled, though he plans to skip the customary high-fives after a group workout.

"I really can't let the risks rule my life," he said. "I've gone the lengths of my patience with self-quarantine."

Like Bellenger, some gym-goers in the area said it is well past time for facilities to reopen.

David Morris, a 35-year-old member of a US Fitness facility in Frederick, Md., thinks the gym has more than enough space to maintain social distancing, and he trusts the gym to ensure his safety.

"Our neighboring states have reopened. My friends have crossed state lines and have been going to the gym for a week," Morris said. "I think it's way overdue."

Others say they won't return until the case counts decrease further, regardless of their gym's precautions.

Initially, Ellen Heiman, a member of Bodymass Gym in Arlington, thought returning to the gym would be at the top of her priorities. But she decided to stick to online classes after determining a visit to the gym wasn't worth the risk.

"You shouldn't even be having somebody into your home, let alone go into a space where you don't know what other people have been doing in their daily lives," Heiman said.

If people do return to the gym, Popescu recommends frequent handwashing and wiping down equipment, but she does not necessarily encourage people to wear masks, as it can be difficult to breathe in them.

Both Maryland and Virginia require masks to be worn indoors, but people can take them off while they are working out.

At Fit 360 DC in Columbia Heights, a gym with a black-matted open space lined with hanging TRX bands and yellow squat racks, gym members will be encouraged but not required to wear masks. The floor will be marked with 6-by-6 foot squares of yellow tape to encourage physical distancing. They must also sign up for a specific workout time.

Brian McGee, the owner, said he spent thousands of dollars updating the filtration system and installed UV lights similar to those in hospitals to further sanitize the space.

Not all gym owners are taking the same precautions. At Natural Bodyz Fitness in Virginia Beach, owner Chad Havunen has no plans to revamp the air system he already has in place, which he said is sufficient. When he reopened June 1 — a week before the plan by Gov. Ralph Northam (D) allowed — Havunen said he saw his biggest bump in business ever, as gym-goers enthusiastically returned.

"When they closed everything and said just grocery stores open, everybody could buy into that," Havunen said, explaining his decision to flout the rules. "But when you start going down the line and you can go to hair salons or nails but you can't go work out, that's not protecting the rights of all of us."

According to Daniel Fordice, who has already returned to Natural Bodyz Fitness, the gym looked much like it did before the shutdown — aside from signs encouraging hand washing and more people wiping down their equipment than usual. Though he now washes his hands intermittently during his workout, he said he felt very comfortable being back.

For those like Fordice who plan on returning to the gym, Popescu encourages vigilance in checking if the gyms are following through with their promised sanitation measures. Anyone who tests positive for the coronavirus after going to the gym, she added, should call the gym and let them know.

"As you start to go back to gyms, keep an eye on the processes that they claim that they're going to be doing. Hold them accountable and be transparent," she said. "And look at your local health department and make sure the rate of transmission is declining."

*local@washpost.com*

---

# Fraternity with history of insensitive actions is suspended by Gallaudet

**FRATERNITY** FROM **B1**

all, it was wrong for us to ignore the calls for its complete cessation," the organization said in a statement. "We put our collective existence above the expressed concerns of individuals. We also operated at times with an aura of invincibility. This was arrogant behavior."

School president Cordano, in a video posted Tuesday to the university's YouTube page, admitted that her father was a member of Kappa Gamma and said the return of the fraternity's robes reignited demands for change within an organization that has previously been accused of anti-Semitism and racism.

"They have become the face of systemic racism in our community, with photographs of the salute and use of robes being shared on social media. This behavior is unacceptable," Cordano said using sign language. "We are in the process of reviewing other organizations and the status of their histories and their efforts to determine if further steps will need to be taken."

Kappa Gamma President Setthawut Snow said in a Facebook video before the suspension was announced that he's aware of the organization's racist past but that the actions portrayed in the photo — more than 30 men wearing blue and gold T-shirts and extending their arms in a salute — are no longer part of the fraternity.

"We want to emphasize that the circulated pictures are over 30 years old," Snow said in sign language. "We have long since denounced these such gestures and the practices associated with what were shown in the circulation. They are no longer accepted in any form by the present-day administration."

Snow did not immediately return a request for comment regarding the ceremonial robes.

Hillel at Gallaudet, an organization for Jewish life on campus, also condemned the image of members posing in the apparent Nazi salute.

"The use of the salute and the robes insults the memory of millions of Jewish, LGBT, and disabled individuals, and others who were murdered during the Holocaust, as well as the memory of countless black men and women who have lost their lives to white supremacy," members of the group wrote in a statement.

Kappa Gamma has faced disciplinary action before; allegations about hazing forced the university to suspend the fraternity from campus each year from 1991 to 1993. Students on the campus have attempted to expose racism within the organization for years.

Cordano did not say how long the current suspension will last.

In her message to the campus, Cordano touched on conversations surrounding racism and white supremacy sparked by the death of George Floyd in Minneapolis police custody on May 25. She acknowledged Gallaudet's "history of racism and bias"; the institution did not admit black students until 1950.

"Our focus at Gallaudet University is on dismantling racism and supporting the rights and humanity of black people, particularly black deaf people in our community in the spirit of Black Lives Matter," Cordano said in a statement to The Washington Post. "We must not lose our focus on this systemic work because of the suspension of one organization."

Rabbi Abraham Cooper, associate dean and director of the Simon Wiesenthal Center's Ed Snider Social Action Institute, applauded Cordano for taking action against Kappa Gamma. The Simon Wiesenthal Center is a Los Angeles-based Jewish human rights organization with offices around the world.

"However, more must be done to remove the stain of racism and anti-Semitism," Cooper said.

*lauren.lumpkin@washpost.com*

---





**Don't Miss the Boat: Win a Summer Rafting Adventure for Two Courtesy of River Expeditions in West Virginia**

Experience history, nature, culture and adventure courtesy of River Expeditions, the only second-generation family owned and operated adventure outfitter near the New River Gorge National River in West Virginia. Winner will receive a one-day guided whitewater rafting trip on the New River; a two-night stay in a rustic cabin or safari tent; and breakfast, lunch, and beverages after rafting.

For complete details, visit **washingtonpost.com/my-post**.