UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN FLORIO, PATRICK COSTELLO, WILLIAM MILLIOS, and TIMOTHY MALLACH,<br><br>    Plaintiffs,<br><br>    v.<br><br>GALLAUDET UNIVERSITY, THE BOARD OF TRUSTEES OF GALLAUDET UNIVERSITY, ROBERTA CORDANO, AND WP COMPANY LLC, d/b/a THE WASHINGTON POST,<br><br>    Defendants. | No. 1:21-cv-01565-CRC |

## PROPOSED ORDER

Upon consideration of Defendant The Washington Post's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, its supporting memorandum of points and authorities, and the entire record herein, it is hereby

**ORDERED** that the Defendant's motion to dismiss is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**.

DATE: _____      _____
                                   HON. CHRISTOPHER R. COOPER
                                   United States District Judge

Copies to:

Ralph G. Reiser
3 Walnut Drive
PO Box 171
Syosset, NY  11791
reiserlaw@aol.com

*Counsel for Plaintiffs*

Clifford J. Zatz
Laura Offenbacher Aradi
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
czatz@crowell.com
laradi@crowell.com
*Counsel for Defendants Gallaudet University, The Board of Trustees of Gallaudet University, and Roberta Cordano*

Thomas G. Hentoff
Nicholas G. Gamse
Anna Johns Hrom
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
thentoff@wc.com
ngamse@wc.com
ahrom@wc.com

*Counsel for Defendant The Washington Post*