UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN FLORIO**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **GALLAUDET UNIVERSITY**, *et al.*, <br><br> Defendants. | Case No. 21-cv-01565 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants Gallaudet University, The Board of Trustees of Gallaudet University, and Roberta Cordano's [25] Motion to Dismiss is GRANTED. It is further

**ORDERED** that Defendant WP Company LLC's (doing business as The Washington Post) [26] Motion to Dismiss is GRANTED. It is further

**ORDERED** that this case is DISMISSED WITH PREJUDICE.

This is a final appealable order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: July 15, 2022